UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEOPOLDO CARDENAS,<br><br>               Plaintiff,<br><br>   v.<br><br>ELDON VAIL, *et al*.,<br><br>               Defendants. | CASE NO. C09-5602RJB<br><br>ORDER GRANTING AN EXTENSION OF TIME AND RESETTING DEADLINES |

     This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

     Before the court is defendants' motion for an extension of time to file additional briefing (Dkt. # 44). The motion asked for a seven-day extension of the deadline until October 1, 2010, but the motion was not noted to be heard until October 22, 2010. Nevertheless, because it will result in no prejudice to plaintiff and in order to give defendants the opportunity to respond fully, the motion is GRANTED.

ORDER - 1

1    This necessitates revision of the time line for hearing the defendants' summary judgment

2 motion.

3    Plaintiff's response will be due November 5, 2010.  Any reply defendants wish to file

4
will be due on or before November 12, 2010.  Dkt. # 40 and #41 are re-noted on the court's own
5
motion for November 19, 2010.
6
   The clerk's office is directed to send plaintiff a copy of this order and re-note the
7
8 summary judgment motions for November 19, 2010.

9    DATED this 25th day of October, 2010.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER - 2