UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEOPOLDO CARDENAS,

        Plaintiff,

  v.

ELDON VAIL, et al.,

        Defendants.

Case No. C09-5602 RJB/JRC

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Before the Court is Defendants' Motion for Extension of Time to File Joint Status Report (ECF No. 47). Defendants seek an order extending the deadline to file the joint status report until after the Court has ruled on Defendants' Motion for Summary Judgment (ECF No. 40) and Plaintiff's Cross-Motion for Summary Judgment (ECF No. 41). The Court having reviewed the records and files in this matter and Defendants' motion, does hereby find and ORDER:

1.    Defendants' Motion for Extension of Time to File Joint Status Report is GRANTED.

2.    The parties are directed to confer and provide the Court with a joint status report by no later than February 18, 2011.

DATED this 16th day of November, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1