# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEOPOLDO CARDENAS,

               v.

ELDON VAIL, *et al.*,

JUDGMENT IN A CIVIL CASE

Case No. C09-5602RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

• The Report and Recommendation (Dkt. 51) is **ADOPTED**;

• Defendants' Motion for Summary Judgment (Dkt. 40) is **GRANTED**;

• Plaintiff's Cross Motion for Summary Judgment (Dkt. 41) is **DENIED**; and

• The case is **DISMISSED.**

|  |  |
|---|---|
| February 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

                                                  *s/ Mary Trent*
                                                  Deputy Clerk